FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 31, 2026

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ARIANA L.,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | NO: 1:26-CV-3062-TOR<br><br>ORDER GRANTING STIPULATED MOTION FOR REMAND |

BEFORE THE COURT is the parties' Stipulated Motion for Remand (ECF No. 11). The parties agree that this case should be reversed and remanded for further administrative action pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion for Remand (ECF No. 11) is **GRANTED**.
2. Based on the stipulation between the parties, it is hereby ORDERED that the above-captioned case be **REVERSED and REMANDED.** Upon remand, the Appeals Council will issue a decision finding that the claimant Jacquelyn

Brazier became disabled on January 1, 2019, and remained disabled through the date of her death.

3. Upon proper presentation, the Court will consider Plaintiff's application for costs, expenses, and reasonable attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(a), (d).

4. All pending motions, hearings and the remaining briefing schedule are **VACATED** as moot.

The District Court Executive is hereby directed to file this Order, provide copies to counsel, enter **JUDGMENT** for Plaintiff, and **CLOSE** the file.

**DATED** August 31, 2026.

THOMAS O. RICE
United States District Judge